to entertain the appeal. 4 Tex.Jur., Sec. 16, p. 32; Sharp v. State, Tex.Cr.App., 219 S.W.2d 810.

The appeal is dismissed.

Opinion approved by the Court.

## Ex parte HERRING.
### No. 25719.

Court of Criminal Appeals of Texas.

Feb. 6, 1952.

## WEST v. STATE.
### No. 25692.

Court of Criminal Appeals of Texas.

Feb. 6, 1952.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

DAVIDSON, Commissioner.

This purports to be an appeal from a conviction for unlawfully selling whisky in a dry area, with punishment assessed at a fine of $300.

The record before us fails to reflect a final judgment in the case, in the absence of which this court is without jurisdiction

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

GRAVES, Presiding Judge.

Relator alleges as a ground for the granting of his application for writ of habeas corpus that on January 18, 1940, he plead guilty in a capital case in Bell County, waived a jury, and was sentenced by the trial court for a term of not less than two nor more than ninety-nine years in the state penitentiary.

It is shown herein by an instrument filed by the General Manager of the state penitentiary that relator has heretofore been convicted in Bell, Bosque, Madison and